# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br><br>20230930-DK-BUTTERFLY-1, INC. F/K/A BED BATH & BEYOND, INC., *et al.*,<br><br>    Debtors. | Bankr. Case No. 23-13359(VFP)<br><br>Adv. Pro. No. 24-01443 (VFP) |
| MICHAEL GOLDBERG,<br><br>    Plaintiff/Appellant,<br><br>v.<br><br>NEW JERSEY ECONOMIC DEVELOPMENT AUTHORITY,<br><br>    Defendant/Appellee. | Case No. 2:25-cv-06676 (BRM)<br><br>**SCHEDULING ORDER** |

**IT APPEARING THAT:**

1. This appeal from an order entered by the United States Bankruptcy Court for the District of New Jersey was assigned to this Court on June 2, 2025. (ECF No. 1.)

2. The appellant filed the Designation of Record and Statement of Issues on Appeal on June 16, 2025. (ECF No. 3.) This appeal is now ripe for prosecution. *See* Fed. R. Bankr. P. 8009, 8018.

Accordingly,

**IT IS** on this 25th day of June 2025,

**ORDERED** that the appellant shall serve and electronically file on the docket of this Court the principal brief and, if necessary, an appendix by July 25, 2025; and it is further

**ORDERED** that no extensions of the aforementioned directive will be granted barring extraordinary circumstances, and that failure to abide by the aforementioned directive will result in dismissal of this appeal for lack of prosecution without further notice; and it is further

**ORDERED** that the appellees shall serve and electronically file on the docket of this Court a responsive brief and, if necessary, an appendix within 30 days after the appellant files the principal brief; and it is further

**ORDERED** that no extensions of the aforementioned directive will be granted barring extraordinary circumstances, and that the appellees will be deemed to have waived the opportunity to respond if they fail to abide by the aforementioned directive; and it is further

**ORDERED** that the appellant shall serve and electronically file on the docket of this Court a reply brief within 14 days after the appellees file a responsive brief; and it is further

**ORDERED** that no extensions of the aforementioned directive will be granted barring extraordinary circumstances, and that the appellant will be deemed to have waived the opportunity to reply if she fails to abide by the aforementioned directive.

    */s/Brian R. Martinotti*
    **HON. BRIAN R. MARTINOTTI**
    UNITED STATES DISTRICT JUDGE