Steven R. Wirth, Esq.
Peter O. Larsen, Esq. (admitted *pro hac vice*)
Raye C. Elliott, Esq. (admitted *pro hac vice*)
AKERMAN LLP
401 East Jackson Street, Suite 1700
Tampa, Florida 33602
Telephone: (813) 223-7333
E-mail: steven.wirth@akerman.com
         raye.elliott@akerman.com

*Attorneys for Appellant, Michael Goldberg, Plan Administrator*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br><br>20230930-DK-BUTTERFLY-1, INC. F/K/A/ BED BATH & BEYOND, INC., *et al.*,<br><br>　　　　　Debtors.<br><br>MICHAEL GOLDBERG, AS PLAN ADMINISTRATOR FOR 20230930-DK-BUTTERFLY-1, INC. f/k/a Bed Bath & Beyond, Inc., *et .al.*,<br><br>　　　　　Plaintiff/Appellant,<br>v.<br><br>NEW JERSEY ECONOMIC DEVELOPMENT AUTHORITY,<br><br>　　　　　Defendant/Appellee. | Bankr. Case No. 23-13359 (VFP)<br><br>Adv. Pro. No. 24-01443 (VFP)<br><br><br><br>Case No. 2:25-cv-06676 (BRM)<br><br>**NOTICE OF CORRECTIONS TO INITIAL BRIEF OF APPELLANT AND REPLY BRIEF OF APPELLANT** |

83106764;1

Appellant, Michael Goldberg, as Plan Administrator for 20230930-DK-Butterfly-1, Inc. (the "Plan Administrator") gives notice to the Court of errors in his Initial Brief and Reply Brief that should be corrected as follows:

The second full paragraph on page 18 of Appellant's Initial Brief contains the following quotation from the Agreements at issue: "The rights and remedies of the Grantor under this Agreement shall be subject to the New Jersey Contractual Liability Act, N.J.S.A. 59:13-1 et. seq., the provisions of which are hereby incorporated herein by reference." However, the correct quotation from the Agreements at issue is: "The rights and remedies of the ***Grantee*** under this Agreement shall be subject to the New Jersey Contractual Liability Act, N.J.S.A. 59:13-1 et. seq., the provisions of which are hereby incorporated herein by reference." (emphasis added).

The second paragraph on page 1 of the Reply Brief of Appellant contains the following quotation from the Agreements at issue: "The rights and remedies of the Grantor under this Agreement shall be subject to the New Jersey Contractual Liability Act, N.J.S.A. 59:13-1 et. seq., the provisions of which are hereby incorporated herein by reference." However, the correct quotation from the Agreements at issue is: "The rights and remedies of the ***Grantee*** under this Agreement shall be subject to the New Jersey Contractual Liability Act, N.J.S.A.

83106764;1

59:13-1 <u>et. seq.</u>, the provisions of which are hereby incorporated herein by reference." (emphasis added).

    Respectfully Submitted,

    AKERMAN LLP

    By: */s/ Steven R. Wirth*
    Steven R. Wirth
    Email: steven.wirth@akerman.com
    Raye C. Elliott (admitted *pro hac vice*)
    Email: raye.elliott@akerman.com
    401 East Jackson Street, Suite 1700
    Tampa, Florida 33602
    Telephone: (813) 223-7333

    and

    Peter Larsen (admitted *pro hac vice*)
    Email: peter.larsen@akerman.com
    50 North Laura Street, Suite 3100
    Jacksonville, Florida 32202
    Telephone: (904) 798-3700

    *Counsel to the Plan Administrator*