UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

Full Caption in District Court:
MICHAEL GOLDBERG, as Plan Administrator for 20230930-DKBUTTERFLY-1, INC., f/k/a Bed Bath & Beyond Inc.,
(Plaintiff)

v.
NEW JERSEY ECONOMIC DEVELOPMENT AUTHORITY,
(Defendant)

Docket No.: 2:25-cv-06676 (BRM)

Judge: BRIAN R. MARTINOTTI

**Notice of Appeal to the U.S. Court of Appeals for the Third Circuit**

Notice is hereby given that MICHAEL GOLDBERG, as Plan Administrator for 20230930-DK- BUTTERFLY-1, INC., f/k/a Bed Bath & Beyond Inc.
(Named Party)
appeals to the United States Court of Appeals for the Third Circuit from

[ ] Judgment, [x] Order, [ ] Other ____________________
(Specify)
of the United States District Court, District of New Jersey, entered in this action on
September 30, 2026.
(Date)

Dated: October 22, 2026

Michael Goldberg, as Plan Administrator for 20230930-DK-Butterfly-1, Inc. f/k/a Bed Bath and Beyond, Inc.
Appellant

Akerman LLP, 1251 Avenue of the Americas, 37th Floor
Street

New York, New York 10020
City, State, Zip

(212) 880-3800
Telephone